# United States Court of Appeals
## For the First Circuit

No. 02-1548

EDBIA MARITZA OLIVA-MURALLES,

Petitioner,

v.

JOHN ASHCROFT, Attorney General,

Respondent.

ERRATA SHEET

The opinion of this Court, issued on May 6, 2003, is amended as follows:

On the cover sheet, replace "appellant" with "petitioner" and "appellee" with "respondent".